Warren Norred, Texas State Bar No. 24045094
Clayton L. Everett, Texas State Bar No. 24065212
NORRED LAW, PLLC
515 E. Border Street
Arlington, Texas 76010
Telephone: (817) 704-3984
clayton@norredlaw.com
Counsel for Owings Auto Center

# United States Bankruptcy Court
## Northern District of Texas
## Fort Worth Division

| | |
|---|---|
| **In re:**<br>**Marcos Ulibarri,**<br><br>                **Debtor** | **Case No. 24-43061-mxm**<br>**Chapter 13** |

## NOTICE OF WITHDRAWAL
## OF OWINGS AUTO CENTER'S PROOF OF CLAIM NO. 1

**COMES NOW**, Owings Auto Center ("Creditor"), by and through its counsel of record, Clayton L. Everett, and withdraws its *Proof of Claim No. 1* filed on August 29, 2024. (Claim 1).

DATED: October 8, 2024.                    Respectfully submitted:

                                          NORRED LAW, PLLC

                                          By: __/s/ Clayton L. Everett____
                                               Clayton L. Everett
                                          Texas State Bar No. 24065212
                                          clayton@norredlaw.com
                                          515 E. Border Street
                                          Arlington, Texas 76010
                                          Telephone: (817) 704-3984
                                          Counsel for Owings Auto Center

## CERTIFICATE OF SERVICE

I certify that on October 8, 2024, a true and correct copy of this Notice was served on the office of the U.S. Trustee and upon the parties receiving notice via the court's CM/ECF system.

By: __/s/ Clayton L. Everett____