Christopher M. Lee
State Bar No. 24041319
Troy Trovato
State Bar No. 24144269
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
Telephone: 469.646.8995
Facsimile: 469.694.1059
ATTORNEYS FOR DEBTOR(S)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No.: 24-43061-MXM-13 |
| MARCOS J ULIBARRI | § | |
| | § | Chapter: 13 |
| Debtor(s) | § | |
| | § | |
| | § | |
| OWINGS AUTO CENTER, LLC | § | |
| Movant, | § | |
| | § | |
| vs. | § | Hearing Date: MARCH 13, 2025 |
| MARCOS J ULIBARRI | § | Hearing Time: 9:30 AM |
| | § | |
| Respondent(s) | § | |

**DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM STAY**
**FILED BY Owings Auto Center, LLC**

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW **Marcos J. Ulibarri,** Debtor(s) in the above-styled and numbered case, and in response to the Motion for Relief from Stay of **Owings Auto Center, LLC,** ("Movant") in regards to the collateral referenced in Movant's Motion.

Debtor respectfully shows:

**DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM STAY - Page 1 of 4**

## SPECIFIC ADMISSIONS

1. Debtor admits the allegations contained in paragraph(s) **1, 3, and 5** of Movant's Motion.

## SPECIFIC DENIALS

2. Debtor denies the allegations contained in paragraph(s) **7, 8, 10, 11 and 12** of Movant's Motion.

## EFFECT OF QUALIFIED DENIAL OR LACK OF ADMISSION

3. Debtor neither admits nor denies the allegations contained in paragraph(s) **2, 4, 6 and 11** of Movant's Motion having insufficient knowledge or information to do so, and therefore, makes a qualified denial of the allegations demanding strict proof thereof.

## ELEMENT OF DEBTOR'S DEFENSE

4. There exists cause justifying the denial of the Movant's Motion and requested action for the following reasons:

   a. The property is necessary for the effective reorganization of the Debtor because it is the Debtor's Vehicle.

      i. Debtor would show the Court that any default may be cured within a reasonable time by payment.

      ii. Debtor is prepared to make payment of $500.00 for Arrears on March 6, 2025.

      iii. Debtor is prepared to cure the remaining delinquency in full within 3 months.

## RIGHT TO AMEND OR SUPPLEMENT RESERVED

5. Debtor reserves the right to amend or supplement this Answer with additional information supported by Debtor's evidence, affidavit and/or amended answer.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Debtor prays that a hearing be set in the

instant matter, that Movant's Motion be denied in all respects and that the automatic stay pursuant to §362 of the United States Bankruptcy Code remain in full force and effect, and for such other and further relief to which the Debtor may show themself entitled.

Dated: March 7, 2025

                                              Respectfully submitted,

                                              By: /s/ Troy Trovato
                                              Christopher M. Lee
                                              State Bar No. 24041319
                                              Troy Trovato
                                              State Bar No. 24144269
                                              LEE LAW FIRM, PLLC
                                              8701 Bedford Euless Rd, Ste 510
                                              Hurst, TX 76053
                                              Telephone: 469.646.8995
                                              Facsimile:   469.694.1059
                                              ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 7, 2025, a true and correct copy of the foregoing Response to Motion For Relief From Stay was served on the following parties in interest by first class mail or electronic notice:

**CHAPTER 13 TRUSTEE**
Tim Truman
6851 N.E. Loop 820, Suite 300
N. Richland Hills, TX 76180

**U.S. TRUSTEE**
Office of the United States Trustee
1100 Commerce, Room 976
Dallas, TX 75242

**DEBTOR**
Marcos Jesse Ulibarri
5429 Parker Henderson Rd. Lot M44
Fort Worth, TX 76119

**OPPOSING COUNSEL**
Norred Law, PLLC
C/O Clayton L. Everett
515 E. Border St.
Arlington, TX 76010
Email: clayton@norredlaw.com

    /s/ Troy Trovato
    Troy Trovato
    State Bar No. 24144269
    ATTORNEY FOR DEBTOR